**Order entered July 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01270-CV

**STEPHANIE ANN NOVICK, Appellant**

**V.**

**ANDREW A. SHERVIN, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-13715-Y**

## ORDER

On our own motion, we **ORDER** the Dallas County District Clerk to prepare a supplemental clerk's record in the above-referenced case, trial court cause number DF-08-13715 (330th Judicial District Court of Dallas County, Texas). The supplemental record should contain Respondent Andrew A. Shervin's Special Exceptions Subject to "Motion to Dismiss for Lack of Subject-Matter Jurisdiction" filed in the trial court on or about March 20, 2012. The district clerk shall file the supplemental clerk's record **within 21 days** from the date of this Order.

We **DIRECT** the clerk of this Court to transmit this order electronically to Gary Fitzsimmons, the Dallas County District Clerk.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE